**FILED**

JAN 1 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _KM_                    DEPUTY

(Name) *BRUMFIELD, EDDIE L*

(Address) *P.O. BOX 5004*

(City, State, Zip) *DELANO, CA 93216-5004*

(CDC Inmate No.) *V.70617*

| 2254 | 1983 ✓ |

**FILING FEE PAID**

Yes_____ No __✓__

**IFP MOTION FILED**

Yes_____ No __✓__

**COPIES SENT TO**

Court__✓__ ProSe_____

## United States District Court
### Southern District of California

*BRUMFIELD, EDDIE LEE*
(Enter full name of plaintiff in this action.)

              Plaintiff,

v.

*SAN BERNARDINO*,
*POLICE DEPT*,
*OFFICER GRAY*,
*OFFICER AFFRUNTI*,
(Enter full name of each defendant in this action.)

              Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

'08 CV 0062 BEN POR

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. **Plaintiff:** This complaint alleges that the civil rights of Plaintiff, *BRUMFIELD, EDDIE*
   (print Plaintiff's name)
*LEE*_____, who presently resides at *DELANO STATE PRISON*
   (mailing address or place of confinement)
*P.O. BOX 5004, DELANO, CA 93216*_____, were violated by the actions

of the below named individuals. The actions were directed against Plaintiff at *7400 BLOCK*

*ELM STREET, SAN BERNARDINO*_____ on (dates) *3/16/07*, _____, and _____
   (institution/place where violation occurred)     (Count 1)     (Count 2)     (Count 3)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant OFFICER GRAY resides in SAN BERNARDINO,
               (name)                         (County of residence)

and is employed as a SAN BERNARDINO POLICE DEPT. This defendant is sued in
                         (defendant's position/title (if any))

his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: OFFICER GRAY DID A CAVITY AND STRIP SEARCH OF MY PERSON IN THE PUBLIC, HE STUCK HIS HANDS IN MY ANAL & ANUS CAVITY

Defendant OFFICER AFFRUNTI resides in SAN BERNARDINO,
               (name)                        (County of residence)

and is employed as a SAN BERNARDINO POLICE DEPT. This defendant is sued in
                         (defendant's position/title (if any))

his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: OFFICER AFFRUNTI CHOKED ME WHILE IN RESTRAINTS, FORCE ME TO BEND OVER, HE HELD ME BY NECK WILL OFFICER GRAY SEARCHED MY ANAL AND ANUS CAVITY IN THE PUBLIC

Defendant _____ resides in _____,
               (name)                        (County of residence)

and is employed as a _____. This defendant is sued in
                         (defendant's position/title (if any))

his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law:

Defendant _____ resides in _____,
               (name)                        (County of residence)

and is employed as a _____. This defendant is sued in
                         (defendant's position/title (if any))

his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law:

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: 4/4th EXPECTATION

OF PRIVACY
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

I WAS STOPPED BY SAN BERNARDINO POLICE DEPT
I WAS STRIP SEARCHED AND CAVITY SEARCHED
by OFFICER GRAY IN THE public, OFFICER
AFFRUNTI Held ME by THE NECK CHOKING
ME while OFFICER GRAY DID THE ILLEGAL
SEARCH IN THE public, IN SAN BERNARDINO
COUNTY IN THE 7100 BLOCK OF ELM STREET

<u>Count 2</u>:  The following civil right has been violated:  _14TH_ _DUE PROCESS_
<span style="text-align:right">(E.g., right to medical care, access to courts,</span>

_CLAUSE_ _____
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

  <u>Supporting Facts</u>:   [Include all facts you consider important to Count 2.  State what happened clearly and in your
own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by
name*, did to violate the right alleged in Count 2.]

_THE ARREST AND THE ILLEGAL SEIZURE_
_OF EVIDENCE_

Count 3: The following civil right has been violated: _8H CRUEL AND_

(E.g., right to medical care, access to courts,

_UNUSAL_

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

THE FACT THAT THE ACTIONS TAKEN BY OFFICERS WAS OF THE CONSCIENCE SHOCKING OF THE PUBLIC, HUMILITATING AND DEGRADING OF MY PERSON, ALSO A ASSAULT ON MY PERSON BY ALLEGELLY CLAIMED PEACE OFFICERS THE STRIP AND CAVITY SEARCH IN THE PUBLIC

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? □ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b)  Name of the court and docket number: _____
_____

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____
_____

(d)  Issues raised:
_____
_____
_____
_____

(e)  Approximate date case was filed: _____

(f)  Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes □ No.

If your answer is "Yes", briefly describe how relief was sought and the results.   If your answer is "No", briefly explain why administrative relief was not sought.

file writs of habeas corpus, incident
Happen in the public, in SanBernardino
County on Elm street San Bernardino, CA
92407

**E.  Request for Relief**

Plaintiff requests that this Court grant the following relief:

    1. An injunction preventing defendant(s): *spending ANY funds*

_____

_____

_____

    2. Damages in the sum of $ *5,000,000,000* .

    3. Punitive damages in the sum of $ *2,000,000,000* .

    4. Other:_____

_____

**F.  Demand for Jury Trial**

    Plaintiff demands a trial by ☑ Jury ☐ Court.  (Choose one.)

**G.  Consent to Magistrate Judge Jurisdiction**

    In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge.  The parties are free to withhold consent without adverse substantive consequences.

    The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases.  Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

    You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐   Plaintiff consents to magistrate judge jurisdiction as set forth above.
    **OR**   ☑   Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

    I declare under the penalty of perjury that the foregoing is true and correct.

**1·4·08**
_____
Date

**E. B.**
_____
Signature of Plaintiff

JS44
(Rev. 07/89)

## CIVIL COVER SHEET

**FILED**

JAN 1 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILING FEE PAID**
Yes ___  No ✓

**IFP MOTION FILED**
Yes ___  No ___

**COPIES SENT TO**
Court ___  Pltff ___

**I (a) PLAINTIFFS**

Eddie Lee Brumfield

DEFENDANTS

Gray, et al

**(b) COUNTY OF RESIDENCE OF FIRST LISTED**  Kern
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Eddie Lee Brumfield
PO Box 5004
Delano, CA 93216
V-70617

ATTORNEYS (IF KNOWN)

'08 CV 0062 BEN POR

| II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY) | III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX<br>(For Diversity Cases Only)  FOR PLAINTIFF AND ONE BOX FOR DEFENDANT |
|---|---|

| | | | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question<br>(U.S. Government Not a Party) | Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business<br>in This State | ☐ 4 | ☐ 4 |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in<br>Item III | Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business<br>in Another State | ☐ 5 | ☐ 5 |
| | | Citizen or Subject of a Foreign<br>Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)**

### 42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-<br>Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury -<br>Product Liability | of Property 21 USC881 | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment<br>&Enforcement of Judgment | ☐ 330 Federal Employers'<br>Liability | ☐ 368 Asbestos Personal Injury | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | Product Liability | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and<br>Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student<br>Loans (Excl. Veterans) | ☐ 345 Marine Product<br>Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment<br>of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud<br>☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities<br>Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product<br>Liability | ☐ 380 Other Personal<br>Property Damage | **LABOR**<br>☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage<br>Product Liability | 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff<br>or Defendant) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence<br>Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party<br>26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | ☐ 900 Appeal of Fee Determination<br>Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23  DEMAND $ _____  Check YES only if demanded in complaint:  JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**  JUDGE _____  Docket Number _____

DATE  1/10/2008

SIGNATURE OF ATTORNEY OF RECORD

R. mull