UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
2008 FEB 28 AM 9: 24

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE __Benitez__
FROM: __R. Mullin,__ Deputy Clerk   RECEIVED DATE: __2/26/2008__
CASE NO.: __08cv0062 BEN (POR)__  DOCUMENT FILED BY: __Plaintiff__
CASE TITLE: __Brumfield v. Gray, et al__
DOCUMENT ENTITLED: __Motion to Proceed In Forma Pauperis__

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Case transferred to Central District of California.** _See Order Transferring Case (attached). Plaintiff should forward his IFP to the Clerk of the Central District, Eastern Div. @ 3470 12th St. Riverside, CA 92501._ |

Date forwarded: __2/26/2008__

### ORDER OF THE JUDGE / MAGISTRATE JUDGE
IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties. _This action remains closed._

Rejected document to be returned to pro se or inmate? ☑ Yes.   Court Copy retained by chambers ☐
_(Attach also copy of 1/17/08 Order Transferring Case). [Doc. No. 2]._

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: __Judge Benitez__

Dated: __2/27/08__    By: __KMB, PSLC__
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

PLAINTIFF/PETITIONER/MOVANT'S NAME  EDDIE LEE BRUMFIELD

PRISON NUMBER  V-70617

PLACE OF CONFINEMENT  CALIFORNIA REHIBILITATION CENTER

ADDRESS  P.O.Box 3535   NORCO, CA  92860-0991



# United States District Court
## Southern District Of California

BRUMFIELD, EDDIE LEE,
Plaintiff/Petitioner/Movant

v.

SAN BERNARDINO POLICE DEPT,
Defendant/Respondent

Civil No. _____
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated?  ☒Yes  ☐No   (If "No" go to question 2)
    If "Yes," state the place of your incarceration
    Are you employed at the institution?          ☐Yes ☒No
    Do you receive any payment from the institution?   ☐Yes ☒No
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]
JUST TRANSFERRED HERE 2-20-08  RECEIVE 5-20-08

CIV-67 (Rev. 9/97)

::ODMA\PCDOCS\WORDPERFECT\22835\1